IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS DIVISION

| | | |
|---|---|---|
| MUY PIZZA-TEJAS, LLC | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:16-CV-170 |
| American Safety Indemnity Company and Riverstone Resources, LLC | | |
| Defendants. | | |

### PLAINTIFF'S NOTICE OF FILING OF STIPULATION OF DISMISSAL AND UNOPPOSED MOTION TO ENTER FINAL ORDER OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

Plaintiff MUY Pizza-Tejas, LLC ("Plaintiff") files this Notice of Filing of Stipulation of Dismissal and Unopposed Motion to Enter Final Order of Dismissal by the Court.

The parties have resolved the above referenced matter. Accordingly, Plaintiff requests that the Court take notice of the Stipulation of Dismissal and enter an Order of Dismissal concluding the case.

ACCORDINGLY, Plaintiff MUY Pizza-Tejas, LLC prays that the Court take notice of the Stipulation of Dismissal filed contemporaneous herewith and enter the Order of Dismissal Without Prejudice provided with this motion.

Respectfully submitted,

By: */s/ Richard G. Foster*
Richard G. Foster, Attorney-In-Charge
Southern District Bar No. 5907
State Bar No. 07295100
Email: rfoster@prdg.com
Trinity Plaza II
745 East Mulberry, Suite 450
San Antonio, Texas 78212
Telephone:   (210) 736-3900
Facsimile:   (210) 736-1992

**ATTORNEY FOR PLAINTIFF,
MUY PIZZA-TEJAS, LLC**

*OF COUNSEL:*
Raj S. Aujla
Southern District Bar No. 1215554
State Bar No. 24064846
Email: raujla@prdg.com
**PORTER, ROGERS, DAHLMAN & GORDON, PC**
Trinity Plaza II
745 East Mulberry, Suite 450
San Antonio, Texas 78212
Telephone:   (210) 736-3900
Facsimile:   (210) 736-1992

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with Rule 5(d), Federal Rules of Civil Procedure, on this 1st day of August, 2016.

*Via Email womac@litchfieldcavo.com*
Terry M. Womac
Litchfield Cavo, LLP
One Riverway, Suite 1000
Houston, Texas 77056

*/s/ Richard G. Foster*
Richard G. Foster

---