United States District Court
Southern District of Texas
**ENTERED**
August 02, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MUY PIZZA-TEJAS, LLC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:16-CV-170 |
| § | |
| AMERICAN SAFETY INDEMNITY § | |
| COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

BE IT REMEMBERED that on August 2, 2016, the Court considered the parties' Rule 41(a)(1)(A)(ii) Stipulation of Dismissal. *See* Dkt. No. 8-1.

Federal Rule of Civil Procedure 41 states, in part, that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "[A] voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (quoting *Ramming v. Natural Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004)). The stipulation states that the parties have settled all claims in the above-captioned case. Dkt. No. 8-1 at 1. The parties seek dismissal without prejudice and request that each party bear its own costs. Dkt. No. 8-1 at 1. The motion is signed by both parties to the action. Dkt. No. 8-1 at 1–2.

In accordance with the joint stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** all claims without prejudice and **DIRECTS** the Clerk to close the above-captioned case.

SIGNED this 2nd day of August, 2016.

_____
Hilda Tagle
Senior United States District Judge